**No. 47488.**—Protest 25933–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 53 percent of Sapamine KWC pat., and 41 percent of Albatex POC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47489.**—Protest 25932–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 41 percent of Albatex POC pat. was held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47490.**—Protest 16863–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 34 percent of Ultravon WC pat., and 51 percent of Sapamine FLC pat., were held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47491.**—Protest 20630–K of Ciba Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel 53 percent of Sapamine KWC pat. was held taxable at 3 cents per pound under section 701, Revenue Act of 1936, as claimed.

**No. 47492.**—Protest 843728–G of Dan Brechner & Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the rubber balloons in question are the same in all material respects as those the subject of Abstract 40493, which balloons were trimmed with colored feathers fastened to one end of a hollow cane or stick. In accordance therewith the claim at 45 percent under paragraph 409 as manufactures of bamboo was sustained.

**No. 47493.**—Protests 832088–G, etc., of T. D. Downing Co. et al. (Boston).

Opinion by OLIVER, P. J. It was stipulated that the balloons in question are trimmed with colored feathers fastened to one end of a hollow cane or stick composed in part of bamboo, and that they are the same in all material respects as those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 47494.**—Protests 34416–K, etc., of Goldfarb Novelty Co. et al. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the celluloid figures in question are similar to those involved in *Pressner* v. *United States* (C. D. 546) the claim at 60 percent under paragraph 31 was sustained.